# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND LIM and REINA BECNEL on behalf of themselves and all others similarly situated,<br><br>          Plaintiff(s),<br><br>-against-<br><br>CAMPOLO, MIDDLETON & MCCORMICK, LLP; and JOHN DOES 1-25,<br><br>          Defendant(s). | Civil Case Number: 2:21-cv-03594<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice and without costs to either party.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures shall be deemed originals.

Dated: New York, New York
       December 5, 2022

| | |
|---|---|
| JONES, WOLF & KAPASI, LLC<br><br>By:   */s Benjamin J. Wolf*<br>      Joseph K. Jones, Esq.<br>      One Grand Central Place<br>      60 East 42nd Street, 46th Floor<br>      New York, New York 10165<br>      bwolf@legaljones.com<br>      *Attorneys for Plaintiff* | CAMPOLO, MIDDLETON & MCCORMICK, LLP<br><br>By:   */s Patrick McCormick*<br>      Patrick McCormick, Esq.<br>      4175 Veterans Memorial Highway,<br>      Suite 400<br>      Ronkonkoma, New York 11731<br>      pmccormick@cmmllp.com<br>      *Attorneys for Defendant*<br><br>**SO ORDERED.**<br><br>              **s/ WFK**<br>_____<br>HON. WILLIAM F. KUNTZ, II<br>UNITED STATES DISTRICT JUDGE |

Dated: December 5, 2022
       Brooklyn, New York